# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BARRY EMMETT, #1383329 | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1856-S-BH |
| BOBBY LUMPKIN | § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g) by separate judgment.

**SO ORDERED.**

SIGNED September 20, 2022.

_____
**UNITED STATES DISTRICT JUDGE**